UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAYDEN McMANAMY,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No.    CV 09-7058 PA<br>        CR 83-967 PA<br><br>JUDGMENT |

IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to

Title 28, U.S.C. Section 2255 is denied and the action dismissed with prejudice.

DATED:  August 5, 2011

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE